# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADRIENNE FOX, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 18-CV-2207-SMY-RJD |
| AISIN LIGHT METALS, LLC and AISIN HOLDINGS OF AMERICA, INC., | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Pending before the Court are Plaintiff Adrienne Fox's Motion to Voluntarily Dismiss Aisin Holdings of America, Inc. (Doc. 12) and Fox's Motion to Remand (Doc. 17). The Motion to Voluntarily Dismiss is **GRANTED** and the Motion to Remand is **DENIED**.

Fox filed suit on November 15, 2018 in the Circuit Court of Williamson County, Illinois, alleging her employer, Defendant Aisin Light Metals LLC ("ALM"), retaliated against her by terminating her employment after she sought to file a worker's compensation claim for an injury to her left arm and hand. ALM is a limited liability corporation incorporated in Illinois, whose members are Aisin Holdings of America, Inc. ("AHA") and Aisin Keikinzoku Co., Ltd. ("AKC"). AHA is incorporated in California and has its principal place of business in Indiana and AKC is a Japanese corporation with its principal place of business in Japan. Fox is citizen of Illinois and seeks in excess of $50,000 for lost wages, lost benefits, punitive damages and embarrassment and emotional distress. In their Notice of Removal, Defendants assert there is complete diversity of citizenship and that the amount in controversy is in excess of $75,000. 28 U.S.C. § 1332.

A civil action may be removed to federal court if the district court has original jurisdiction.

28 U.S.C. § 1441.  Courts have original jurisdiction of civil actions if there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. Complete diversity means that "none of the parties on either side of the litigation may be a citizen of the state of which a party on the other side is a citizen." *Howell v. Tribune Entertainment Co.*, 106 F.3d 215, 217 (7th Cir. 1997) (citations omitted).

Fox does not deny that there is complete diversity between the current parties or that the amount in controversy exceeds the jurisdictional minimum.  Rather, her Motion to Remand is based solely on the viability of a claim against Michael Mitchell, ALM's plant supervisor and an Illinois resident.  That claim was presented in a Motion to Amend that Judge Daly denied because it is futile (Doc. 27).  Fox's Motion to Remand is accordingly **DENIED**.

Fox also seeks to dismiss her claims against AHA without prejudice.  Defendants have not filed a response to the motion.  Accordingly, Defendant AHA is **DISMISSED** from the case **without prejudice**.

**IT IS SO ORDERED.**

**DATED:  September 30, 2019**

**STACI M. YANDLE**
**United States District Judge**